UNITED NATIONS, for the Benefit of International Children's Emergency Fund, Appellant, v. LEIF HOEGH & Co., A/S, Respondent.—

No opinion. Order [Granting defendant's motion for summary judgment] unanimously reversed and the motion denied.    The question as to whether respondent paid

the freight charges mistakenly and without full knowledge of all the facts is one that should be determined only after a trial. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.